Mr. Dewayne Bearchild, D.O.C. 204116
Plaintiff - Prose
Montana State Prison
700 Conley Lake Road
Deerlodge, Montana 59722

Attorney For Self

RECEIVED
JUL 31 2017
Clerk, U.S. District Court
District of Montana
Missoula

In the United States District Court
For the District of Montana
Helena Division

| Dewayne Bearchild, | CV14-00012-H-DLC-JTJ |
|---|---|
| Plaintiff, | "Notice of Appeal, and Request For Transfer of All The Entire Transcript And All Documentation in this case to the Ninth Circuit Court of Appeals." |
| vs. | |
| Larry Pasha, | |
| Defendant. | |

(1.) Comes now the plaintiff, Dewayne Bearchild herein

(2.) and gives notice of appeal of this case to the

(3.) Ninth Circuit Court of Appeals in San Francisco,

(4.) California. Plaintiff, Dewayne Bearchild, a Prose

(5.) Litigant, Requests that the Transfer of All

(6.) The Entire Transcript and All Documentation, and

(7.) Electronic Evidence and video Conferencing and All

(8.) Plaintiff Bearchilds' witnesses' statements; witnesses' -

(1.)

(9.) - Affidavit / Declarations; Plaintiff Bearchilds'

(10.) Subpoena Requests to the Court For Plaintiffs'

(11.) witnesses, and / Hostile witnesses included

(12.) that was brought AttN: Clerk of Court Dated

(13.) on wednesday, May 3rd, 2017, and Along with its

(14.) montana State Prison Special mailing Request

(15.) Receipt dated on: 5/3/17 sent to Judge

(16.) Dana L. Christensen / Kristen K. Madsen.

(17.) However did not Reach its destination once

(18.) Plaintiffs' legal letter left his own person.

(19.) which was Filed Wednesday, July 11th, 2017 Along

(20.) with its special mailing Request Receipt Filed

(21.) Thursday, July 12th, 2017 included within original

(22.) complaint and Along with Defendants own Discovery

(23.) Production Log containing the multiple other compile

(24.) complaints' Pertaining to Defendants' very own

(25.) unique Pat Search which is not part of DOC,

(26.) and /or M.S.P. Pat search policy Nor procedure —

(2.)

(27.) - to do same of this case, and all

(28.) Documentation of this case, to the ninth

(29.) Circuit Court of Appeals in San Francisco,

(30.) California, and send verification of same

(31.) to plaintiff, Dewayne BearChild herein, when

(32.) same is done.

(33.) Dated on this Monday, July 17th, 2017 Respectfully
Submitted By

Mr. Dewayne BearChild
Mr. Dewayne BearChild
Pro Se

(3.)

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of this paperwork to the Defendant by mailing same to his Attorney Kirsten K. Madsen whose address is written below.

Dated on this Monday, July 17th, 2017         Respectfully
                                              Submitted By
                                              Mr. Demeyence Bearchild
                                              Mr. Demeyence Bearchild
                                              Pro Se

CC: Kirsten K. Madsen
    Atty. At Law
    1712 Ninth Ave
    P.O. Box 201440
    Helena, Montana
          59620-1440

(4.)

This Notarial Certificate is to be attached to, and associated with, only the following document:

Type of Document: __NOTICE OF APPEAL__

Date of Document: __7/26/2017__

If property is being sold or ownership is being transferred on the basis of this document, the description of the property is: (Include legal description, property address, or vehicle identification number, make and model, etc.):

_____
_____
_____



GARY J. REED
NOTARY PUBLIC for the
State of Montana
Residing at Anaconda, Montana
My Commission Expires
March 10, 2021

State of Montana
County of __Powell__

This instrument was signed or acknowledged before me on __26 July 2017__ by __DEWAYNE BARCHFIELD__.
(Name of signer)

__Gary J. Reed__
(Notary Signature)
[Affix seal/stamp to the left or below]