FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEWAYNE BEARCHILD, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> KRISTY COBBAN; PASHA, Sgt.; SAM JOVANOVICH; TOM BLAZ; DAN JOHNSON; SHASHLINGE, C/O; BRUNO, C/O; MACDONALD, Sgt.; DENISE DEYOTT, <br><br> Defendants-Appellees. | No. 17-35616 <br><br> D.C. No. 6:14-cv-00012-DLC <br> District of Montana, <br> Helena <br><br> ORDER |

Before: W. FLETCHER, CALLAHAN, and CHRISTEN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing. Judge Fletcher and Judge Christen voted to deny the petition for rehearing en banc. Judge Callahan voted to grant the petition for rehearing en banc.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are DENIED.