IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY PASHA,<br><br>    Defendant. | CV 14–12–M–DLC<br><br><br>ORDER |

  Plaintiff Dewayne Bearchild moves for the admission of Andrew LeGrand to practice before this Court in this case with Brianne McClafferty and John Sullivan of Holland & Hart LLP to act as local counsel. The application appears to be in order.

  Accordingly, IT IS ORDERED that the motion to admit Andrew LeGrand pro hac vice (Doc. 276) is GRANTED on the condition that Mr. LeGrand does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. LeGrand within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this 14th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court