IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY PASHA, <br><br> Defendant. | CV 14–12–H–DLC <br><br><br> ORDER |

Before the Court is Plaintiff Dewayne Bearchild's Motion for Admission *Pro Hac Vice*. (Doc. 306.) Mr. Bearchild moves this Court for the admission of Betty Yang *pro hac vice* in the above-captioned matter. (*Id.*) While her application appears to be in order, ultimately, the decision of whether to grant or deny the motion (Doc. 306) rests solely within the Court's discretion. L.R. 83.1(d)(4). The Court will deny the motion.

This Court agrees with the Central District of California that "just as there can be too many cooks in a kitchen, there can be too many lawyers on a case." *Salvage v. Kia Motors Am., Inc.*, 2010 WL 11596178, *2 (C.D. Cal. 2010) (CV 09–6353—GHK). Mr. Bearchild already has four counsel of record in this case, including two local attorneys, John Sullivan and Brianne McClafferty, and two *pro hac vice* attorneys, Andrew LeGrand and Christine Demana. (Docs. 275; 277;

1

280.) Absent exceptional circumstances, which are not present in this case, this Court generally limits each party to two *pro hac vice* appearances. As such, the Court will deny the motion (Doc. 306), subject to renewal, should either Mr. LeGrand or Ms. Demana move to withdraw as counsel of record so that Ms. Yang can appear in their place.

Accordingly, IT IS ORDERED that the motion (Doc. 306) is DENIED, subject to renewal should Mr. LeGrand or Ms. Demana move to withdraw as counsel of record in the above-captioned matter.

DATED this 5th day of January, 2021.

Dana L. Christensen, District Judge
United States District Court