IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY PASHA, <br><br> Defendant. | CV 14–12–H–DLC <br><br><br> ORDER |

Before the Court is Plaintiff Dewayne Bearchild's Unopposed Motion for Leave to File Brief in Support of Motion to Compel Discovery and Exhibits Under Seal. (Doc. 319.) The Court will grant the motion.

The Court notes, however, that the copies of Exhibit A (Doc. 320-1) and Exhibit B (Doc. 320-2) lodged under seal are not fully unredacted. Mr. Bearchild's motion (Doc. 319) does not indicate whether this is intentional, and the Court is uncertain whether fully unredacted copies were meant to be filed. Normally, if "leave to file under seal is granted," the lodged documents "need not [be] refile[d]." L.R. 5.2(g)(2). If the lodged copies of Exhibits A and B were intentionally left partially redacted, then Mr. Bearchild need not take any further action. If the lodged copies were erroneously left partially redacted, then Mr. Bearchild shall file fully unredacted copies under seal on or before May 20, 2021.

Accordingly, IT IS ORDERED that the motion (Doc. 319) is GRANTED, subject to the conditions set forth previously in this Order.

DATED this 19th day of May, 2021.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court