IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD, | CV 14–12–H–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY PASHA, | |
| Defendant. | |

Before the Court are two motions requesting leave to file documents under seal.  (Docs. 330; 334).  The Court will grant the motions.

Accordingly, IT IS ORDERED that the motion (Docs. 330; 334) are GRANTED.  The parties need not take any additional action.  L.R. 5.2(g)(2).

DATED this 2nd day of June, 2021.

Dana L. Christensen, District Judge
United States District Court

1