IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD,<br><br>                Plaintiff,<br><br>vs.<br><br>LARRY PASHA,<br><br>                Defendant. | CV 14-12-H-DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals to the jurors during their deliberations.

DATED this 23rd day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court