UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD,<br><br>                Plaintiff,<br><br>vs.<br><br>LARRY PASHA,<br><br>                Defendant. | Case No. CV-14-12-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**X**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Larry Pasha and against Dewayne Bearchild in accordance with the verdict rendered.

       Dated this 24th day of June, 2021.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ A.S. Goodwin
                                    A.S. Goodwin, Deputy Clerk

