Brianne C. McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1500
P. O. Box 639
Billings, Montana  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
bcmcclafferty@hollandhart.com

Andrew LeGrand
Christine Demana
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: 214.698.3246
ALeGrand@gibsondunn.com
CDemana@gibsondunn.com

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **DEWAYNE BEARCHILD,** | |
| Plaintiff, | Case No. 6:14-cv-00012-DLC |
| v. | **PLAINTIFF'S MOTION FOR A NEW TRIAL** |
| **LARRY PASHA,** | |
| Defendant. | |

Plaintiff Dewayne Bearchild, by and through pro bono counsel, respectfully requests that the Court vacate the judgment (Doc. 370) and order a new trial under Federal Rule of Civil Procedure 59. The Court should exercise its inherent discretion to grant a new trial following a jury verdict "for any reason for which a new trial has heretofore been granted in an action at law in federal court." Fed. R. Civ. P. 59(a)(1)(A). Plaintiff requests that a new trial be granted on the following grounds: (1) that Question Q-1 in the final verdict form was unnecessary and likely caused juror confusion, and (2) that the jury verdict should be vacated in the Court's discretion to prevent a miscarriage of justice.

Counsel for Mr. Bearchild sought Defendant's position. Defendant opposes the motion. A brief in support of this motion is filed contemporaneously herewith.

Dated this 26th day of June, 2021.

/s/ *Andrew LeGrand*
Andrew LeGrand
Christine Demana
**Gibson, Dunn & Crutcher LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

/s/ *Brianne C. McClafferty*
Brianne C. McClafferty
**Holland & Hart LLP**
401 North 31st Street
Suite 1500
P. O. Box 639

Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669

**COUNSEL FOR PLAINTIFF**