IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LARRY PASHA,<br><br>　　　　　　Defendant. | CV 14–12–H–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Larry Pasha's Unopposed Motion for Leave to File Defendant's Proposed Exhibits 208 and 208A Under Seal. (Doc. 375.) The Court will grant the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 375) is GRANTED. Besides lodging such exhibits with the Clerk of Court, Mr. Pasha need not take any additional action. L.R. 5.2(g)(2).

DATED this 12th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1