# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

SEP 13 2021

Clerk, U.S. Courts
District of Montana
Helena Division

| | |
|---|---|
| **DEWAYNE BEARCHILD,** | |
| Plaintiff, | Case No. 6:14-cv-00012-DLC |
| v. | **NOTICE OF APPEAL** |
| **LARRY PASHA,** | |
| Defendant. | |

Notice is hereby given that Dewayne Bearchild, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the Order denying Plaintiff's motion for new trial entered on August 24, 2021 (Doc. 381), the final judgment entered on June 24, 2021 (Doc. 370), and all preceding rulings that are intertwined with the final judgment or are otherwise necessary to ensure meaningful review, including, without limitation, the Order granting in part Defendant's motion in limine regarding inmate complaints entered on June 16, 2021 (Doc. 350).

Dated: September 7th, 2021            Respectfully submitted,

*Mr. Dewayne Bearchild*
Dewayne Bearchild
*Pro Se*
807 Piegan Street, PO Box 450
Browning, MT  59417
Telephone: (406) 338-6330

2

## CERTIFICATE OF SERVICE

I certify that, on May 25, 2021, a true and correct copy of this document was served by ECF on all counsel of record.

*/s/ Allyson N. Ho*
Allyson N. Ho
