|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 1 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DEWAYNE BEARCHILD,<br><br>　　　　Plaintiff-Appellant,<br><br>  v.<br><br>LARRY PASHA, Sgt.,<br><br>　　　　Defendant-Appellee,<br><br> and<br><br>KRISTY COBBAN; et al.,<br><br>　　　　Defendants. | No.　21-35768<br><br>D.C. No. 6:14-cv-00012-DLC<br>District of Montana,<br>Helena<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　The court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review. The motion for appointment of counsel (Docket Entry No. 4) is therefore granted.

　　After locating pro bono counsel to represent appellant in this appeal, the Clerk will set a revised briefing schedule.

LAB/MOATT