**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEWAYNE BEARCHILD, | No.    21-35768 |
| Plaintiff-Appellant, | D.C. No. 6:14-cv-00012-DLC |
| v. | District of Montana, Helena |
| LARRY PASHA, Sgt., | ORDER |
| Defendant-Appellee, | |
| and | |
| KRISTY COBBAN; et al., | |
| Defendants. | |

Before:  BYBEE and HURWITZ, Circuit Judges.

The motion for production of transcripts at government expense (Docket Entry No. 14) is granted.  *See* 28 U.S.C. § 753(f).  The court authorizes the production of the reporter's transcript for the following dates:  June 21, 2021, June 22, 2021, June 23, 2021, and June 24, 2021.

This order constitutes authorization for production of the reporter's transcript(s) at government expense.

The transcript is due June 22, 2022.  Briefing remains stayed pending further order of the court.

LAB/MOATT

The Clerk shall serve this order on court reporter JoAnn Bacheller and on the court reporter supervisor.