IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DEWAYNE BEARCHILD, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY PASHA, <br><br> Defendant. | CV 14–12–H–DLC <br><br><br> ORDER |

      Before the Court is Defendant Larry Pasha's Motion to Seal documents 358-1 through 358-8 (Plaintiff's Exhibits 54, 94, 56, 41, 34, 31, 35, and 104), 364-3 (Plaintiff's Exhibit 3), and 364-9 through 364-13 (Plaintiff's Exhibits 48, 57, 58, 86, and 87).  (Doc. 398; Doc. 399 at 4–5.)  The Court will grant the motion.

      Accordingly, IT IS ORDERED that the motion (Doc. 398) is GRANTED.

      DATED this 16th day of September, 2022.

                                */s/ Dana L. Christensen*
                                Dana L. Christensen, District Judge
                                United States District Court