|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 28 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

DEWAYNE BEARCHILD,

        Plaintiff-Appellant,

 v.

LARRY PASHA, Sgt.,

        Defendant-Appellee,

 and

KRISTY COBBAN; et al.,

        Defendants.

No. 21-35768

D.C. No. 6:14-cv-00012-DLC
District of Montana,
Helena

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellant filed a notice of intent to file publicly Volume 7 of the excerpts of record (Docket Entry No. 26). *See* 9th Cir. R. 27-13(f). Appellee's unopposed motion (Docket Entry No. 28) to maintain portions of Volume 7 under seal is granted.

    The Clerk will unseal the notice (Docket Entry No. 26-1) and file publicly the motion to seal and supporting affidavit (Docket Entry No. 28). The Clerk will also file publicly the opening brief (Docket Entry No. 24) and Volumes 1 through 6 of the excerpts of record (Docket Entry No. 25). The Clerk will file under seal Volume 7 of the excerpts of record (Docket Entry No. 26-2).

MKS/MOATT

Within 21 days of this order, appellant must submit for public filing a redacted version of Volume 7 of the excerpts of record that includes only the pages identified for unsealing in the motion to maintain seal. The page numbering in the public volume must remain the same as in the sealed volume.

The existing briefing schedule remains in effect.