|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 21 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

DEWAYNE BEARCHILD,

      Plaintiff-Appellant,

 v.

LARRY PASHA, Sgt.,

      Defendant-Appellee,

 and

KRISTY COBBAN; et al.,

      Defendants.

No.   21-35768

D.C. No. 6:14-cv-00012-DLC
District of Montana,
Helena

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee filed a notice of intent to file publicly video exhibits and states that appellant does not oppose unsealing of the exhibits. *See* 9th Cir. R. 27-13(f). The Clerk will unseal the notice (Docket Entry No. 46). The video exhibits have been filed. *See* Docket Entry Nos. 52, 55.

The optional reply brief remains due March 23, 2023.

MKS/MOATT